UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAADAT ZHURAYEVA,

Plaintiff,

*-against-*

MARKWAYNE MULLINS, JOSEPH EDLOW, DIRECTOR VERMONT SERIVICE CENTER, *and* U.S. CITIZENSHIP AND IMMIGRATION SERVICE,

Defendants.

**ORDER**

26-CV-08911 (ER)

RAMOS, D.J.:

On October 30, 2026, Plaintiff Saadat Zhurayeva filed a motion for a preliminary injunction. Doc. 4. Defendants are directed to respond by November 10, 2026, and Zhurayeva may reply by November 12, 2026. A hearing will be held on November 13, 2026 at 3:30 P.M. in Courtroom 318 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated: November 5, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.